**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---

CZIGANY BECK, individually and on behalf of others
similarly situated,

Plaintiff,

    -against-

MANHATTAN COLLEGE,

Defendant.

---

**STIPULATION**

Docket No.: 23-1049

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the

Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the

26th day of October, 2023.

The undersigned counsel for the parties stipulate that the above-captioned case is

withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may

reinstate the case by filing written notice with the Clerk, and serving such notice upon the

undersigned appellee, by January 31, 2024. The time, if any, tolled under LR 31.2 begins to run

again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.


Date: October 25, 2023

Attorney for Appellee:

**BOND, SCHOENECK & KING, PLLC**

By: _____/s/_____
      Gregory B. Reilly, Esq.
      Samuel Dobre, Esq.
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
(646) 253-2330
greilly@bsk.com
sdobre@bsk.com

Date: October 25, 2023                    Attorney for Appellant:
                                          **POULIN | WILLEY | ANASTOPOULO, LLC**

                                          By: _____/s/_____
                                                  Paul J. Doolittle, Esq.
                                                  Blake Abbott, Esq.
                                          32 Ann Street
                                          Charleston, SC 29403
                                          (803) 222-2222
                                          Blake.abbott@poulinwilley.com
                                          Paul.doolittle@poulinwilley.com