# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

---

CZIGANY BECK, individually and on behalf of others similarly situated,

      Plaintiff,

 -against-

MANHATTAN COLLEGE,

      Defendant.

---

**STIPULATION**

Docket No.: 23-1049

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of October, 2023.

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by January 31, 2024. The time, if any, tolled under LR 31.2 begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: October 25, 2023

Attorney for Appellant:
**POULIN | WILLEY | ANASTOPOULO, LLC**

By: _____/s/_____
  Paul J. Doolittle, Esq.
  Blake Abbott, Esq.
32 Ann Street
Charleston, SC 29403
(803) 222-2222
Blake.abbott@poulinwilley.com
Paul.doolittle@poulinwilley.com

16614271.1 10/5/2023

| Date: October 25, 2023 | Attorney for Appellee: |
|---|---|
| | **BOND, SCHOENECK & KING, PLLC** |
| | By: _____/s/_____ |
| | Gregory B. Reilly, Esq. |
| | Samuel Dobre, Esq. |
| | 600 Third Avenue, 22nd Floor |
| | New York, New York 10016-1915 |
| | (646) 253-2330 |
| | greilly@bsk.com |
| | sdobre@bsk.com |