UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-three,

_____

| | |
|---|---|
| Czigany Beck, individually and on behalf of others similarly situated, | **ORDER** <br> Docket No. 23-1049 |
|     Plaintiff - Appellant, | |
| v. | |
| Manhattan College, | |
|     Defendant - Appellee. | |

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

      The stipulation is hereby "So Ordered".

 

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court